In the Matter of DAVEGA-CITY RADIO, INC., Petitioner, Appellant, against STATE LABOR RELATIONS BOARD, Respondent. (Re: RETAIL EMPLOYEES UNION, LOCAL 830.) — Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE M. SPECTOR, Petitioner, against Honorable WILLIAM ALLEN, Judge of the Court of General Sessions of the County of New York, Respondent.— Determination unanimously confirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [Review, pursuant to article 78 of Civil Practice Act, of determination adjudging petitioner guilty of a criminal contempt of court under section 750, subdivision 3, of the Judiciary Law. See post, p. 921.]

WILLIAM LAVARRE, Appellant, v. WARNER BROS. PICTURES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents.

RACHEL VOGELSOHN and SOLOMON VOGELSOHN, Appellants, v. R. H. MACY & Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

COLONIAL TRUST COMPANY, as Successor Trustee under a Certain Trust Indenture Made by MADISON AVENUE OFFICES, INC., Dated January 15, 1920, Respondent, v. 342 MADISON AVENUE CORPORATION and ANAHMA REALTY CORPORATION, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FRED VOGEL, Appellant, v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. (See Vogel v. Harriman National Bank & Trust Co., 254 App. Div. 479.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CARLL SMITH CHACE, Respondent, v. ELEANOR UPTON CHACE, Appellant.— Interlocutory judgment modified by striking out the third, fourth, fifth, sixth and seventh decretal paragraphs thereof, and by providing that, until further order of the court, defendant is awarded the custody of the children, and the plaintiff directed to pay defendant for their support during their minority the sum of twenty-five dollars a week, and plaintiff shall have the right and opportunity at all reasonable times to visit the children, and shall have the right to their temporary custody during the first half of the summer school vacations, for which purpose he shall call for the children and return them to their abode; and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon and Untermyer, JJ., dissent and vote for affirmance. [See post, p. 1061.]

RUVALL ORCHESTRA CORPORATION, Appellant, v. RUDY VALLEE and NATIONAL BROADCASTING COMPANY, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EDWARD SAUTER, Individually and as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent.